John E. Lord (CA SBN 216111)
Email: jlord@onellp.com
ONE LLP
9301 Wilshire Blvd, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Joseph K. Liu (CA SBN 216227)
Email: jliu@onellp.com
ONE LLP
4000 MacArthur Blvd
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Counsel for Plaintiff Soteria Encryption, LLC*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Soteria Encryption, LLC<br><br>Plaintiff<br><br>v.<br><br>Global Silicon Electronics, Inc. d/b/a Buslink Media<br><br>Defendant, | Case No. 2:16-cv-07956-GW(JPRx)<br>The Honorable George H. Wu<br><br>**ORDER GRANTING NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

The Court, having read and considered the Notice of Dismissal with Prejudice Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) and it appearing that good cause exists to grant the dismissal;

IT IS HEREBY ORDERED:

The dismissal is granted with prejudice to the re-filing of same and with all costs and expenses relating to this litigation (including attorney and expert fees and expenses) to be borne solely by the party incurring same.

Dated: August 9, 2017

_____
Hon. George H. Wu
United States District Judge